UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 23cv0184-MDD <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** <br><br> [ECF No. 2] |

On January 31, 2023, Jeremy S. ("Plaintiff") filed this Social Security appeal pursuant to Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g), challenging the denial of his application for Social Security Disability Insurance benefits and Supplemental Security Income (ECF No. 1). Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). (ECF No. 2). For the reasons set forth herein, the Court **GRANTS** Plaintiff's motion to proceed IFP.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed

despite plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed [IFP] is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). A party need not be completely destitute to proceed IFP. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

Here, Plaintiff's affidavit sufficiently shows he is unable to pay the fees or post securities required to maintain this action. Plaintiff does not work, and he is homeless (ECF No. 2 at 2, 5). Plaintiff receives monthly income of $280 from food stamps, and $522 in public-assistance. (*Id.*). He has no assets, and he maintains no checking or savings account. (*Id.* at 2, 3).

Plaintiff's affidavit sufficiently demonstrates an inability to pay the required filing fee without sacrificing the necessities of life. *See Adkins*, 335 U.S. at 339-40. Additionally, the Court has reviewed Plaintiff's complaint and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B). Accordingly, the Court **GRANTS** Plaintiff's motion to proceed IFP.

**IT IS SO ORDERED.**

Dated:   February 1, 2023

Hon. Mitchell D. Dembin
United States Magistrate Judge